UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY MILLER, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

         Plaintiff,

v.

AMERICAN GOLD & DIAMONDS, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-1414

ECF CASE

**Stipulation of Dismissal**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KIMBERLY MILLER, and Defendant, AMERICAN GOLD & DIAMONDS, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       May 20, 2022

| | |
|---|---|
| GOTTLIEB & ASSOCIATES | VINCENT MILETTI, ESQ. |
| *[signature]* | *[signature]* |
| Jeffrey M. Gottlieb, Esq., (JG-7905) | Vincent Hunter Miletti, Esq. |
| 150 East 18th Street, Suite PHR | 2139 East 3rd Street |
| New York, NY 10003 | Brooklyn, NY 11223 |
| Phone: (212) 228-9795 | Phone: (347)-234-0034 |
| Fax: (212) 982-6284 | Fax: |
| Jeffrey@Gottlieb.legal | Vmiletti@milettilaw.Com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |